FILED

August 10, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003692689

David Foyil
Attorney at Law
SBN 178067
18 Bryson Drive
Sutter Creek, CA 95685
Telephone: (209) 223-5363
Facsimile:  (209) 223-9083

Attorney for Debtor(s),
Gary Atkins

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.  2011-91328 |
| | ) | |
| Gary Atkins, | ) | DC No: UST-1 |
| | ) | |
| Debtor(s). | ) | DEBTOR'S OPPOSITION TO UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE |
| | ) | |

Date:  8/24/2011
Time:  10:30 a.m.
Dept:  E
Courtroom:    Suite 4

Debtor hereby opposes the United States Trustee's Motion to dismiss or convert case as follows:

1.  Debtor testified at the meeting of creditors that there was still a pending dispute between Tim Corbett and the Debtor whereby, despite the buyout agreement, Mr. Corbett's whereabouts are unknown to Debtor and that after the attempt by Debtor to conclude the transfer of documents and stock between Debtor and Mr. Corbett, Mr. Corbett refused to cooperate in concluding the transaction, leaving Debtor without all of the financial documents and records of Tim Corbett Construction, Inc.

2.  Debtor tendered all operating reports due to date electronically and was unaware that Debtor's counsel needed documents with original signatures before monthly operating reports could be filed with court.  Upon discovering this error, Debtor immediately delivered operating reports bearing Debtor's original signatures so they could be filed with the court.

3.  Debtor's counsel has transmitted the documents requested by the United States Trustee's

Office delineated as Item Number 1, 3, and 4 in the Movant's Exhibit A.

4.  Item Number 2 is unavailable to Debtor for the reasons set forth in paragraph 2 above.

5.  Debtor is still working on the 2010 tax return and it will be available within one week from the date of this response (prior to the hearing date).

6.  Item Number 6 has been provided electronically to the United State's Trustee.

7.  Item Number 7 has been provided for the two years prior to 2011.  The fiscal year concluded on June 30, 2011.  The Debtor is still in the process of preparing these documents and will provide them to the Trustee as soon as they are available.

8.  Amended Schedule B has been filed with the court.

Dated:  August 9, 2011                    /s/ David Foyil
                                          David Foyil,
                                          Attorney for Debtor.