FILED
August 10, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003692690

1 | David Foyil
    Attorney at Law
2 | SBN 178067
    18 Bryson Drive
3 | Sutter Creek, CA 95685
    Telephone: (209) 223-5363
4 | Facsimile:   (209) 223-9083

5 | Attorney for Debtor,
    GARY L. ATKINS,

6

7

8 | UNITED STATES BANKRUPTCY COURT
    EASTERN DISTRICT OF CALIFORNIA
9 | MODESTO DIVISION

10 | In Re:                          )   Case No. 2011-91328
                                     )
11 |     GARY L. ATKINS,             )   EXHIBIT "A"
                                     )
12 |         Debtor(s).              )   **First Class Mail**
                                     )
13

14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

RE: Gary L. Atkins, Case No. 11-91328-E-11

### In response to the letter dated May 26, 2011 from Jason Blumberg, Attorney for the Acting United States Trustee

Item #1 – Please see the attached documents as requested.

Item #2 – As stated in the 'Creditors Meeting', Mr. & Mrs. Corbett have moved out of the country and refused to turn over any or all formation documents, meeting minutes, stock ledgers and/or the corporate kit for Tim Corbett Construction, Inc. to Gary Atkins or his partner, Randy Cotton. They have also refused to have stock certificates issued for the interest in the company purchased by Gary Atkins and Randy Cotton. Even though Mr. Atkins & Mr. Cotton currently have financial control of the corporation, the issue of actual ownership of the corporation has been and still is unclear.

Item #3 – Please see attached.

Item #4 – Please see attached.

Item #5 – The 2010 taxes have been completed, but the filing copy has not yet been received from the CPA and will be forwarded upon receipt.

Item #6 – The company no longer resides at 6026 Bernhard Ave, Richmond, CA. and relocated in December 2008 to 867 East Lewelling Blvd., Hayward, CA. The lease agreement is attached.

Item #7 – Tim Corbett Construction is a small company and only issues financial statements once a year, at the end of the fiscal year. The financial statements for fiscal year ending June 30, 2011 are not completed yet and will be forward as soon as they have been completed. Please see attached the financial statements for the previous two years.

Item #8 – Must be executed by my attorney, Mr. David Foyil.